## Commonwealth *v.* Delker, Appellant.

Submitted September 14, 1970. *Malcolm J. Gross,* As-

sistant Public Defender, for appellant; *Richard J. Makoul*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.